AO 91
Rev. 11/82

ORIGINAL

# CRIMINAL COMPLAINT

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|

| UNITED STATES OF AMERICA | DOCKET NO. |
|---|---|
| v. | MAGISTRATE'S CASE NO. |
| ODONGA KENYA RUSH, aka "Jon Christopher Hayes," | **09-1561M** |

FILED — WESTERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 2 4 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Complaint for a violation of Title 18, United States Code § 1542: False Statement in Application and Use of Passport.

| NAME OF MAGISTRATE JUDGE | | UNITED STATES MAGISTRATE JUDGE | LOCATION |
|---|---|---|---|
| **HON. JACQUELINE CHOOLJIAN** | | | Los Angeles, CA |
| DATE OF OFFENSE | PLACE OF OFFENSE | ADDRESS OF ACCUSED (IF KNOWN) | |
| July 17, 2009 | Los Angeles County | | |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about July 17, 2009, in Los Angeles County, within the Central District of California, defendant ODONGA KENYA RUSH, also known as "Jon Christopher Hayes," willfully and knowingly made a false statement in an application for a passport with intent to induce or secure for himself the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passport and the rules prescribed pursuant to such laws, in violation of Title 18, United States Code, Section 1542, False Statement in Application and Use of Passport.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE:

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT |
|---|---|
| | SEAN BRIER |
| | OFFICIAL TITLE |
| | Special Agent - Diplomatic Security Service |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE(1) | DATE |
|---|---|
| | July 24, 2009 |

1) See Federal Rules of Criminal Procedure rules 3 and 54.

AUSA: SANDRA H. SHIN    REC: Detention

## AFFIDAVIT

I, Sean Brier, being duly sworn, do hereby depose and say:

1.  I am a Special Agent (SA) with the U.S. Department of State, Diplomatic Security Service (DSS) assigned to the Los Angeles Field Office in Los Angeles, California.  I have been so employed since June 2008 and my primary responsibilities include the investigation of criminal violations of the laws governing the issuance of passports and visas.  Prior to working for DSS, I worked as a Police Officer with the New York City Police Department for six years.

2.  This affidavit is made in support of a complaint against and an arrest warrant for ODONGA KENYA RUSH("RUSH"), also known as "Jon Christopher Hayes," charging him with violations of Title 18, United States Code, Section 1542, False Statement in Application and Use of a U.S. Passport.  The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other law enforcement agents and witnesses.  This affidavit is intended to show there is probable cause for the requested complaint and arrest warrant and does not purport to set forth all my knowledge of or investigation into this matter.

3.  On or about July 22, 2009, I reviewed a DS-11 (Application for U.S. Passport) in the name of "Jon C. Hayes,"

1

and determined the following from my review:

      a.    On July 17, 2009, passport application number 501799342 was executed in the name of "Jon Christopher Hayes" at the Los Angeles Passport Office in Los Angeles, California, by a person authorized to accept passport applications.

      b.    The person presenting the passport application executed the form with a signature in the name of "Jon Hayes," under oath before the person authorized to accept the application beneath the following jurat: "I solemnly swear (or affirm) that the statements made on this application are true and the photograph attached is a true likeness of me."

      c.    As proof of U.S. citizenship, the applicant submitted an Oklahoma birth certificate issued in the name of Jon Christopher Hayes, born on June 15, 1961, in Tulsa, Oklahoma.

      d.    As proof of identity, the applicant presented a California State driver's license number E3401249, issued on May 8, 2009 in the name of Jon Christopher Hayes, born on June 15, 1961.

      e.    The applicant had marked off the box in the application indicating that he had never been issued a U.S. Passport Book on the application for US Passport number 501799342.

4.   On June 22, 2009, I reviewed information provided by Gloria Green, Fraud Prevention Manager (FPM) at the U.S. Passport Office in Los Angeles, California, regarding passport application number 501799342.  The FPM checked the name "Jon C. Hayes" with the birthdate of June 15, 1961, and determined that a U.S. Passport book number 115555028 was in fact issued in that name on March 28, 2002.  This 2002 passport had been issued pursuant to an application filed in Honolulu, Hawaii, in 2002.

5.   On July 22, 2009, I reviewed California DMV record number E3401249 of "Jon C. Hayes," and compared the photo of the individual to the photo supplied for the 2009 application.  The individual displayed in both photos appear to be the same person.  The photo in the California DMV record also matches the photo supplied for the 2002 passport application.  The photo in the California DMV record further matches a Florida DMV record R200-651-71-131-0, issued in 2000, which is in the name of Odonga Kenya RUSH. Based on my training and experience, I believe the individual displayed in all five photographs are of the same individual.

6.   On July 23, 2009, I submitted a fingerprint record from California State Driver's License number E3401249, in the name of "Jon Christopher Hayes" born June 15, 1961, to the FBI and DHS.  This is the driver's license that was presented with the 2009 passport application.  A match was returned from the

3

FBI stating that the fingerprint from the California Driver's
License is an identical match to an individual named Odonga
Kenya RUSH, FBI number 800207NA9, *with a criminal history dating back to 1992 in the same Name.*

7.   On July 22, 2009, I had also reviewed the file
pertaining to the previous investigation that had been opened in
2002 by the Diplomatic Security Office located in Honolulu,
Hawaii, regarding "Jon Christopher Hayes."   Upon review of the
case file, I learned of the following evidence gathered by
Diplomatic Security Agents in Honolulu, Hawaii:

a. On March 27, 2002, passport application number
120847087 was executed in the name of "Jon Christopher Hayes" at
the Honolulu Passport Office, in Honolulu, Hawaii.  As proof of
U.S. citizenship, the applicant presented an identical birth
certificate issued in the name of Jon Christopher Hayes, born on
June 15, 1961, in Tulsa, Oklahoma, which was also supplied for
the 2009 passport application.

b.   As proof of identity, the applicant presented
Hawaii State identification card number A0020884, in the name of
Jon Christopher Hayes, born on June 15, 1961.

8.   On or about 2002, Honolulu DS agents submitted Hawaii
DMV fingerprints of "Jon C. Hayes" to the FBI.  FBI returned a
fingerprint match to the name of Odonga Kenya RUSH, born April
11, 1971, with a FBI number of 800207NA9.

4

9. On or about 2002, Honolulu DS agents had compared photos of the Florida DMV record in the name of Odonga Kenya RUSH, to the Hawaii identification card in the name of "Jon C. Hayes," and determined the individuals photographed to be one and the same person.

10. Based on my experience and expertise, I concur with their findings. I also which compared the photographs of the "Jon C. Hayes" Hawaii identification card and Florida DMV record of Odonga Kenya RUSH. I believe the same individual appears in both photos.

11. On July 22, 2009, I had also retrieved FBI criminal history file number 800207NA9, in the name of Odonga Kenya RUSH, born on April 11, 1971. I compared a booking photo from Dupage County, Illinois, to the photo supplied with the 2009 U.S. passport application number 501799342. Based on my experience and training, I determined the photos to be of the same individual.

12. I learned that on July 23, 2009, the 2002 passport issued to "Jon C. Hayes" had been used to enter the United States by air travel, via Vancouver, on October 17, 2003, and by foot on June 7, 2009, at the San Ysidro, California Port of Entry.

13. On the basis of the above information, I believe that

5

RUSH falsely claimed to be "Jon C. Hayes," when in truth and fact he knew he was not.  In addition, there is probable cause to believe that RUSH willfully and knowingly made a false statement in an application for a passport with the intent to secure issuance of a passport under the authority of the United States Government, and willfully and knowingly used this passport secured by reason of a false statement, in violation of Title 18, United States Code, Section 1542.

Sean Brier

Special Agent,
Diplomatic Security Service
U.S. Department of State
Los Angeles, California

SWORN AND SUBSCRIBED TO before me
this _24__ day of July, 2009.

UNITED STATES MAGISTRATE JUDGE

6